**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6867**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

MARION CLARENCE COOPER, a/k/a James Williams, a/k/a Fatty
Watty, a/k/a Gary Tyrone Capers, a/k/a Henry Colbert, a/k/a
Craig Williams,

              Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Sol Blatt, Jr., Senior District
Judge.  (9:95-cr-00163-SB-1)

Submitted:  August 22, 2013      Decided:  August 27, 2013

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marion Clarence Cooper, Appellant Pro Se.   Peter Thomas
Phillips, Assistant United States Attorney, Charleston, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Clarence Cooper appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cooper, No. 9:95-cr-00163-SB-1 (D.S.C. May 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED